UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND D. ARLOZYNSKI,

     **Plaintiff,**

vs.              Case No. 8:11-cv-196-T-27MAP

ARS NATIONAL SERVICES, INC.,

     **Defendant.**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 36) of the Magistrate Judge recommending that Plaintiff's Verified Motion for an Award of Costs and Attorney's Fees (Dkt. 25) be **GRANTED** in part and **DENIED** in part. Specifically, the Magistrate Judge recommends that Plaintiff be awarded $878.50 in attorney's fees and costs in the amount of $390.00. Plaintiff has filed objections to the Report and Recommendation arguing that the reduction in attorney's fees recommended by the Magistrate Judge is unwarranted. *See* Plaintiff's Objections to Report and Recommendation (Dkt. 37).

The District Court is required to "make a de novo determination of those portions of the magistrate's report or ... recommendation to which objection is made." 28 U.S.C. § 636(b)(1). The District Court may "accept, reject or modify in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C). The District Court may reconsider a report and recommendation where it has been shown that the magistrate's order is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A).

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that Plaintiff should be permitted to

recover reasonable attorney's fees for services performed between Plaintiff's rejection of Defendant's informal settlement offer served on February 3, 2011, and his receipt of the formal Offer of Judgment on July 26, 2010. *See Bianchi v. Law Office of Thomas Landis*, No. 10-60574-CIV, 2011 WL 1584179, at *3-4 (S.D. Fla. April 26, 2011). The record reflects that Plaintiff's counsel spent 8.52 hours working on the case during this time period and that 8.12 of these hours were reasonable in light of the procedural posture of the litigation.[1] The Report and Recommendation is modified to reflect an increase in the fee award of $2,842.00 (8.12 x $350), bringing the total fee award to $3,720.50.[2]

Accordingly, it is **ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation (Dkt. 36) is modified as set forth in this Order. The Report and Recommendation is adopted, confirmed, and approved in all other respects and is made a part of this Order for all purposes, including appellate review.

(2)    Plaintiff's Verified Motion for an Award of Costs and Attorney's Fees (Dkt. 25) is **GRANTED** in part and **DENIED** in part.

(3)    Plaintiff is awarded $3,720.50 in attorneys' fees and costs in the amount of $390.00.

**DONE AND ORDERED** in chambers this 9th day of July, 2012.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record

---

[1] The Court agrees with Defendant that .5 hours for reviewing the notice of designation and case management notice is excessive and should be reduced to .1 hours. The Court rejects Defendant's argument with respect to the time entries for 3/10/11, 3/17/11, and 7/1/11, and need not consider Defendant's argument with respect to the 8/10/11 entry as no fees are awarded in connection with that entry.

[2] The Court finds no basis in the record for overruling the Magistrate Judge's conclusions that the 5.2 hours incurred by Plaintiff's counsel in seeking attorney's fees was unreasonable and that recovery for only one hour of such time was more appropriate.